7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Brian Randall Garrett and Teresa Annette Garrett – ABOVE MED<br>*Debtor* | *Bankruptcy Case No.*<br>14−50485−can13 |
| **Richard V. Fink**<br>    Plaintiff(s) | *Adversary Case No.*<br>14−05022−can |
| v. | |
| **United Auto Credit Corporation**<br>    Defendant(s) | |

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: the Defendant is in default and therefore, the Trustees Motion for Default Judgment is granted, the transfer to the Defendant is avoided, the trustee is allowed to treat Defendants claim 9 as a non−priority unsecured claim; the property is preserved for the benefit of the bankruptcy estate as provided in 11 U.S.C. §550 and/or §551.



                                        Ann Thompson
                                        Court Executive

                                        By: /s/ Jamie McAdams
                                            Deputy Clerk

Date of issuance: 3/13/15

Court to serve